UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. EAKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>    Defendant. | Case No. 14-cv-02112-JST (PR)<br><br>**ORDER DIRECTING CLERK TO REASSIGN THE ACTION TO MAGISTRATE JUDGE WESTMORE** |

Plaintiff has filed a consent to magistrate judge jurisdiction. Prior to being reassigned to the undersigned judge, this action was originally assigned to Magistrate Judge Kandis A. Westmore. Now that plaintiff has consented to proceed before a magistrate judge, the Clerk of the Court shall reassign this matter back to Magistrate Judge Westmore.

**IT IS SO ORDERED.**

Dated: July 10, 2014



JON S. TIGAR
United States District Judge